IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Moore Jr, Clemon | Case Number: 07 B 12803 |
| | Judge: Squires, John H |
| Printed: 01/22/09 | Filed: 7/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: November 26, 2008
Confirmed: September 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,845.07 | |
| Secured: | | 45.00 |
| Unsecured: | | 242.88 |
| Priority: | | 0.00 |
| Administrative: | | 3,314.00 |
| Trustee Fee: | | 233.98 |
| Other Funds: | | 6,009.21 |
| Totals: | 9,845.07 | 9,845.07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 3,314.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 500.00 | 45.00 |
| 5. | Litton Loan Servicing | Secured | 5,000.00 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 61.32 | 61.32 |
| 8. | Northwestern Medical Faculty | Unsecured | 131.00 | 131.00 |
| 9. | Peoples Energy Corp | Unsecured | 50.56 | 50.56 |
| 10. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 9,056.88 | $ 3,601.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 75.31 |
| 6.5% | 158.67 |
| 6.6% | 0.00 |
| | $ 233.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Moore Jr, Clemon

Printed: 01/22/09

Case Number:  07 B 12803
Judge:  Squires, John H
Filed:  7/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

